UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEX RAFAEL RAMIREZ BRAVO,

        Petitioner,

      v.

WARDEN, NORTH FLORIDA
DETENTION CENTER,  U.S.
ATTORNEY GENERAL,

        Respondents.

Case No. 2:26-cv-1566-KCD-KRH

---

## **ORDER**

Petitioner Alex Rafael Ramirez Bravo seeks a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1.) He is in immigration custody and claims that the Government has wrongly denied him a bond hearing. As for relief, he seeks immediate release or, alternatively, a bond hearing under 8 U.S.C. § 1226(a). (*Id.* at 8.)

Since filing the petition, an immigration judge granted Bravo a $6000 bond. He waived his right to appeal that order, posted the bond, and walked out the door. (Doc. 4-1.) Given these developments, the Government argues that the case is now moot and can be dismissed. (Doc. 4.) The Court agrees with the Government, and here is why.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. We do not issue advisory opinions, and we do not keep

cases on the docket when the underlying dispute has evaporated. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335 (11th Cir. 2001). When Bravo filed his petition, his only grievance was that he had been locked up with no mechanism for release. (Doc. 1.) The Government has since afforded Bravo the very opportunity to contest his detention that he asked this Court to provide. He was granted bond and waived appeal. (Doc. 4-1.) He has thus received process, and his request was granted.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk of Court is directed to enter judgment, terminate any pending motions, and **CLOSE** this case.

**ORDERED** in Fort Myers, Florida on June 3, 2026.

Kyle C. Dudek
United States District Judge

2